18059. GEORGIA SOUTHERN AND FLORIDA RAILWAY COMPANY *v.* TIFTON PRODUCE COMPANY.

BLOODWORTH, J. 1. The motion for a new trial contains no special grounds. The evidence supports the verdict, which has the approval of the judge who tried the case, and this court can not interfere.
2. The motion of the defendant in error asking for damages, on the

Appeal and Error, 4 C. J. p. 864, n. 34.
Costs, 15 C. J. p. 285, n. 44.

ground that the case was brought to the Court of Appeals for the purpose of delay only, is denied.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JULY 26, 1927.

Damages; from Tift superior court—Judge Eve. February 12, 1927.

Application for certiorari was made to the Supreme Court.

*J. E. Hall, C. J. Bloch, R. D. Smith, Steve F. Mitchell,* for plaintiff in error.

*Fulwood & Forrester, J. S. Ridgdill,* contra.